# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **DASHA KELLY HAMILTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:25-cv-01112** |
| | ) | |
| **v.** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Holmes** |
| **CITY OF FRANKLIN, TENNESSEE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The plaintiff, Dasha Kelly Hamilton, a resident of Milwaukee, Wisconsin, has filed a pro se complaint under 42 U.S.C. § 1983 and the Fourteenth Amendment, alleging violations of his/her civil and constitutional rights, as well as state law claims. (Doc. No. 1). The plaintiff also filed a self-created Application for Leave to Proceed In Forma Pauperis ("IFP Application"). (Doc. No. 2).

On December 4, 2025, the court denied without prejudice the plaintiff's IFP Application due to a lack of sufficient financial information provided. (Doc. No. 6 at PageID# 17). The court ordered the plaintiff to cure the deficiencies by either filing an amended IFP Application or paying the full civil filing fee within 30 days of the entry of the court's order. (*Id*. at PageID# 17-18). The court warned the plaintiff that failure to comply with the court's order by the deadline could result in the dismissal of this action. (*Id*. at PageID# 18).

The deadline has passed. The plaintiff has failed to comply with the court's instructions as he/she has submitted neither an amended IFP Application nor the full civil filing fee.

An action is subject to dismissal for want of prosecution where the pro se litigant fails to comply with the court's orders or engages in a clear pattern of delay. *Gibbons v. Asset Acceptance*

1

*Corp.*, No. 1:05CV467, 2006 WL 3452521, at *1 (S.D. Ohio Nov. 29, 2006); *see also Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996). District courts have the inherent power to sua sponte dismiss an action for want of prosecution "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash Railroad*, 370 U.S. 626, 630-31 (1962).

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the order of the court and for want of prosecution.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge

2